Annie L. Lowd, Plaintiff in Error, vs. E. K. Lowd, Defendant in Error.

Writ of error to Circuit Court, Volusia county; Minor S. Jones, Judge.

Alex. St. Clair-Abrams and Milton Bryan, for Plaintiff in Error.

Isaac A. Stewart (with whom was Egford Bly on the brief), for Defendant in Error.

This action was brought by the defendant in error

against the plaintiff in error. There was judgment for the petitioner and the respondent takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*